No. 09–11426.  HAWKINS v. DEXTER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 09–11427.  LANGE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 09–11428.  THOMAS v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 09–11429.  WEBSTER v. WASHINGTON.  Ct. App. Wash. Certiorari denied.

No. 09–11430.  WALKER v. JARRIEL, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 09–11431.  ANGIANO v. LOPEZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 09–11432.  MOODY v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 09–11433.  QUIGLEY v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 09–11434.  ROBBINS v. SMITH, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 09–11435.  PURNELL v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 09–11436.  PADGETT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 09–11437.  EDWARDS v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 09–11438.  MCINTOSH v. HARDY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 09–11441.  YORK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 09–11442.  HAMMOND v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.